■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP VENTURA, Appellant.—Judgment, Supreme Court, New York County (Felice Shea, J.), rendered on January 6, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sullivan, Asch, Fein and Wallach, JJ.

■ CAROL EMANUEL, Respondent, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Defendants, and N & A TAXI, INC., et al., Appellants.—Appeal from order, Supreme Court, New York County (Alvin Klein, J.), entered on September 26, 1985, unanimously dismissed as untimely, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur—Murphy, P. J., Sullivan, Asch, Fein and Wallach, JJ.

■ ROBERT F. CUMMINGS, JR., et al., Respondents-Appellants, v PETER ISELE et al., Appellants-Respondents.—Order, Supreme Court, New York County (Richard Lane, J.), entered on February 18, 1986, and judgment of said court, entered thereon on February 24, 1986, unanimously affirmed for the reasons stated by Richard Lane, J., without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Ross, Carro and Kassal, JJ.

■ In the Matter of FAYOLLES AUGUSTIN, Petitioner, v GEORGE GROSS, Respondent.—Determination of respondent Commissioner dated August 30, 1985 unanimously confirmed, without costs and without disbursements. The motion by respondent for enlargement of time within which to file his brief granted. No opinion. Concur—Asch, J. P., Fein, Milonas, Rosenberger and Wallach, JJ.